UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN CORBY KING,              )<br>                                                      )<br>           Plaintiff,                         )<br>     v.                                            )<br>                                                      )<br>DENIS R. McDONOUGH, Secretary )<br>Veterans Affairs; BRADLEY MAYES, )<br>in his official and personal              )<br>capacities; and CASEY KVALE, in his )<br>official and personal capacities,        )<br>                                                      )<br>           Defendants.                     ) | CIVIL ACTION<br>NO. 18-12037-JGD |

## **JUDGMENT**

DEIN, U.S.M.J.

In accordance with this Court's Memorandum of Decision and Order granting Defendants' Motion for Summary Judgment (Docket No. 107) dated March 30, 2022, Judgment is hereby entered for the defendants on all Counts of the Amended Complaint.

ROBERT M. FARRELL,
CLERK OF COURT

/ s / Katherine Thomson
By:  Deputy Clerk

DATED:  March 30, 2022